TAM:DCP

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 06/154 |
| | ) J Caldwell |
| v | ) |
| | ) **FILED** |
| JAMES C. BELCHER | ) HARRISBURG, PA |

**INDICTMENT**

APR 19 2006

THE GRAND JURY CHARGES THAT:

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### Count I

From on or about March 2005 to on or about May 24, 2005 in Cumberland County, Pennsylvania, in the Middle District of Pennsylvania and elsewhere, the defendant,

### JAMES C. BELCHER

knowingly received material that contains child pornography that has been mailed, shipped, and transported in interstate and foreign commerce and which were produced using materials which were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A (a)(2)(B).

THE GRAND JURY FURTHER CHARGES THAT:

### Count II

From on or about March 2005 to on or about May 24, 2005 in Cumberland County, Pennsylvania, in the Middle District of Pennsylvania and elsewhere, the defendant,

**JAMES C. BELCHER**

knowingly possessed videotapes and other material that contains an image of child pornography that has been mailed, shipped, and transported in interstate or foreign commerce and which were produced using materials which were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A (a)(5)(B).

A TRUE BILL

Foreperson, Grand Jury

Dated: 4-19-06

*Thomas A. Marino*
THOMAS A. MARINO
United States Attorney