IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) CRIMINAL NO. 06/154 |
| --- | --- |
| v. | ) (Judge Caldwell) |
| JAMES C. BELCHER | ) UNDER SEAL |

FILED
HARRISBURG, PA
APR 19 2006
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## ORDER FOR WARRANT

**AND NOW,** this 19th day of April 2006, upon request of Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania,

**IT IS HEREBY ORDERED** that a warrant be issued for the arrest of the above-named defendant, **JAMES C. BELCHER,** and a United States Magistrate is authorized and directed to conduct a hearing, under the Bail Reform Act of 1984, for the purpose of determining what bail, if any, is necessary in order to insure the presence of the defendant in this case.

**IT IS FURTHER ORDERED** that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

_____
UNITED STATES DISTRICT JUDGE