CRIMINAL CASE COVER SHEET       MIDDLE DISTRICT OF PENNSYLVANIA       U.S. DISTRICT COURT

Place of Offense:

City _____        Related Case Information:

County/Parish _____         Superseding Indictment ____ Docket No. _____

                                         Same Defendant _____ New Defendant _____

                                         Magistrate Judge Case Number _____

                                         Search Warrant Case Number _____

                                         R 20/R 40 from District of _____

Defendant Information:

Juvenile ____ Yes __X__ No    If Yes, Matter to be sealed: __x__ Yes ____ No

Defendant Name ___JAMES C. BELCHER_____

Alias Name _____

Address     1075 Harrisburg Pike_____

              Carlisle, PA 17013_____

Birthdate __05/03/1948__ SS # __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____ Sex __M__ Race __W__ Nationality _____

DEFENSE COUNSEL: Name: __Thomas Thorton_____ Phone 717-782-2237_____

       Address __100 Chestnut Street, Harrisburg, PA 17101_____

U.S. Attorney Information:

AUSA ___Dennis C. Pfannenschmidt_____ Bar # ___28717___

Case Agent ___Tom Kochman_____ Agency ____Postal_____

Interpreter ____ Yes __X__ No   List Language and/or Dialect: _____

Location Status:

Arrest Date _____

____ Already in Federal Custody as of _____ in _____

____ Already in State Custody

____ On Pretrial Release

U.S.C. Citations

                                         __X__ Indictment  ____ Information

Total # of Counts: 2_____

                                         ____ Petty   ____ Misdeameanor  __X__ Felony

OCDETF case:  ____ Yes (If yes: MA-PAM-_____)

            __X__ No

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18 U.S.C. § 2252A(a)(2)(B) | Receipt and Possession of Child Pornography | 1 |
| Set 2 18 U.S.C. § 2252A(a)(5)(B) | Receipt and Possession of Child Pornography | 1 |
| Set 3 _____ | _____ | ___ |
| Set 4 _____ | _____ | ___ |

(May be continued on reverse)

Date: ____04/26/06_____ Signature of AUSA: /s/ Dennis C. Pfannenschmidt

District Court Case Number (To be filled in by deputy clerk): 1:06-CR-154