AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: CR-06-154 |
| JAMES C. BELCHER | JUDGE CALDWELL |

**FILED**
**HARRISBURG**
MAY 0 3 2006
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>JAMES C. BELCHER</u>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with RECEIPT AND POSSESSION OF CHILD PORNOGRAPHY

in violation of Title 18 United States Code, Section(s) 2252A (a)(2) (B)

| MARY E. D'ANDREA | CLERK, USDC, MDPA |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 4/19/06 FED BLDG, HBG, PA 17108 |
| Signature of Issuing Officer or Deputy Clerk | Date and Location |

Bail fixed at $ _____  by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at U.S. Marshals Office, M/PA Harrisburg, PA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/26/06 | Wayne E. Gorman | Wayne E. Gorman |
| DATE OF ARREST | C I / DUSM | |
| 4/26/06 | | |