IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:CR-06-154 |
| | ) | |
| v. | ) | (JUDGE CALDWELL) |
| | ) | |
| JAMES C. BELCHER | ) | |

FILED
HARRISBURG
MAY 0 5 2006
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

## MOTION TO UNSEAL INDICTMENT

**AND NOW**, the United States of America, by its undersigned counsel, moves to unseal the Indictment in this case and in support thereof states as follows: At the request of the United States, the Indictment in this case was previously sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. Due to:

[X] The voluntary surrender of the defendant; or

[ ] The sentencing of the defendant,

it appears that it is not necessary for the documents to remain sealed. Therefore, the United States hereby requests that the case be unsealed.

Respectfully submitted,

THOMAS A. MARINO
UNITED STATES ATTORNEY

By: _____
DENNIS C. PFANNENSCHMIDT
ASSISTANT UNITED STATES ATTORNEY

## ORDER

It is so ORDERED, this _____ day of May, 2006.

_____
WILLIAM W. CALDWELL
U. S. DISTRICT JUDGE