# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:CR-06-154 |
|---|---|
| | ) |
| v. | ) (Judge Caldwell) |
| | ) |
| JAMES C. BELCHER | ) |

## STATEMENT OF DEFENDANT

1. I understand that I am entering a plea of guilty to Count 2 of the Indictment filed against me at the above number. That Count charges me with a felony violation of Title 18, United States Code, Section 2252A(a)(5), Possession of Child Pornography. In support of my plea of guilty, I set forth the following:

2. I further understand that, based solely upon my plea of guilty, the Judge could, if he chose, sentence me to the maximum sentence of 10 years imprisonment or a fine of $250,000, or both, together with the costs of prosecution and a special assessment.

3. I am represented by an attorney, Thomas Thornton, of Harrisburg, Pennsylvania; I understand that I have the right to be represented by an attorney at every stage of these proceedings against me and, if necessary, one will be appointed to represent me.

4. I understand that I have the right to plead not guilty; that I have the right to be tried by a jury and at that trial have the right to assistance of counsel; that I have the right to confront and cross-examine witnesses against me; and that I have the right not to be compelled to incriminate myself. I recognize that I have the right to move to suppress the evidence against me, to present my own case to the jury, call witnesses on my behalf and subpoena records in my defense. I realize that, by pleading guilty, I am giving up all of these rights.

5. I understand that if I enter a plea of guilty to Count 2 of the Indictment, there will not be a further trial of any kind so that by pleading guilty, I am waiving the right to a trial.

6. I have discussed these matters with my attorney and am satisfied with my representation in these proceedings.

7. No promises, threats or any other inducements of any kind have been made to me in regard to my plea of guilty, apart from the plea agreement. I am entering into this plea voluntarily with full knowledge of what rights I am giving up.

8. I am aware that, by entering a plea of guilty, I am admitting that what the Information says about me is true and that I did, in fact, commit the offense with which I am charged in Count 1. Specifically, I admit that from March 2005 until May 24, 2005 I possessed computer files and images that I knew were child pornography.

9. I understand that if I enter a plea of guilty to Count 2 of the Indictment, the Court may ask me questions about the offense to which I have pleaded guilty, and if I answer these questions falsely under oath, on the record, and in the presence of counsel, my answers later may be used against me in a prosecution for perjury or false statement.

I fully understand the foregoing statement, consisting of two (2) typewritten pages.

_____  06/02/06
JAMES C. BELCHER             Date
Defendant

_____  6/5/06
THOMAS A. THORNTON, ESQ.     Date
Counsel for Defendant

2