UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-1341
_____

UNITED STATES OF AMERICA

v.

JAMES C. BELCHER,

Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 06-cr-00154)
District Judge: William W. Caldwell
_____

Submitted Under Third Circuit LAR 34.1(a)
January 11, 2008

Before: FISHER, HARDIMAN and STAPLETON, *Circuit Judges*.
_____

JUDGMENT
_____

  This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on January 11, 2008. On consideration whereof, it is now hereby

  ORDERED and ADJUDGED by this Court that the judgment of the District Court entered April 19, 2006, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

            ATTEST:

            /s/ Marcia M. Waldron
            Clerk

Dated: February 6, 2008

USA v. Belcher
C.A. No. 07-1341
Page: 2

**Certified as a true copy and issued in lieu
of a formal mandate on March 27, 2008**

**Teste: /s/ Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit**