James C. Belcher 13630-067  
Low Security Correctional Institute  
PO Box 999    WB  
Butner NC 27509

FILED  
SCRANTON  
AUG 04 2008  
_____ July 8, 2008  
PER _____  
DEPUTY CLERK

Clerk of the US District Court  
Middle District of Pennsylvania Harrisburg)  
100 Chestnut Street  
Harrisburg Pa 17101                    Ref: 1:06-cr-00154-WWC

Dear Sir:

    I am an indigent inmate of the Butner LSCI. I pled to the single charge on 6/21/06 and was sentenced 2/01/07 by Judge Caldwell. After said sentence, I asked FPD Thomas A Thornton to file a notice of appeal. He stated it would not be to any purpose as I had no reason to appeal. Several months later, after being moved here, I received a letter from an attorney, unknown to me, who advised that he had looked at my case and found no reason to appeal. I had and have no knowledge of law, but in discussing my case with an attorney friend, I am led to believe that certain issues could and should be made known to the court as to my case.

    Unfortunately, all my records were lost by the Marshalls when I was moved here. The Copy of the Docket Report sent to me by your office gives me solid and compelling reasons to pursue these issues now.

    The first point begins with your entry as Docket #1, dated 04/19/06. I find it exceedingly strange that your Docket cover page #1 cites "Pending Counts" - #1 dismissed, #2 resulting in this imprisonment. Yet, the Docket contains no citation as to my arrest by the Postal Inspector on May 24, 2005 when they served a warrant and confiscated my computer. Since the warrant, the seized equipment, and my arrest (albeit, a short period when the Postal Inspector handcuffed me, and read me "my rights") all were the basis used to initiate and prosecute this case, can you advise me as to why this data is not in the Docket Report?

In order to proceed with my investigation as to this and other issues, I ask that your office please furnish me with other documents that I need:

1. a copy of the original Warrant
2. a copy of the Indictment
3. a copy of the Pre-Sentence Report
4. A copy of the Plea Agreement
5. a copy of the Sentencing Transcript  *

I have no funds, my savings are depleted and the only income I have is 12¢ per day that I am paid to work in the dining hall.

By copy of this letter, I am requesting Mr. Thornton to provide a copy of the Sentencing Transcript * as I note from the Docket Report that he apparently received a copy in 2007.

Just as the Docket Report raised the question as to the original arrest in 2005, I would be remiss if I failed to mention that other questions may arise when I receive the material requested above.

Sincerely,

Cc: Thomas A. Thornton, F.P.D.
    100 Chestnet St. Suite 306
    Harrisburg Pa. 17101

Mr. Thornton, I'm told the clerk can send as
"Legal Mail - Open by Inmate" a copy of the
P.S.I.. Any other records you care to send
would be appreciated.    JCB

## Inmate Statement

| | | | | |
|---|---|---|---|---|
| Inmate Reg #: | | Current Institution: | | |
| Inmate Name: | | Housing Unit: | | |
| Report Date: | | Living Quarters: | | |
| Report Time: | 2:02:19 PM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BUX | 6/11/2008 5:54:11 PM | 90 | | | Sales | ($3.60) | | $0.47 |
| BUX | 6/9/2008 11:15:21 AM | HIPP0508 | | | Payroll - IPP | $2.40 | | $4.07 |
| BUX | 5/14/2008 6:20:30 PM | 104 | | | Sales | ($4.05) | | $1.67 |
| BUX | 5/9/2008 7:26:51 AM | HIPP0408 | | | Payroll - IPP | $5.25 | | $5.72 |
| BUX | 4/30/2008 5:30:30 PM | 90 | | | Sales | ($8.85) | | $0.47 |
| BUX | 4/16/2008 5:40:32 PM | 91 | | | Sales | ($21.11) | | $9.32 |
| BUX | 4/10/2008 7:59:48 AM | HIPP0308 | | | Payroll - IPP | $5.25 | | $30.43 |
| BUX | 4/2/2008 6:50:44 PM | 121 | | | Sales | ($55.40) | | $25.18 |
| BUX | 3/26/2008 8:39:02 PM | TFN0326 | | | Phone Withdrawal | ($20.00) | | $80.58 |
| BUX | 3/25/2008 10:55:19 AM | 70104601 | | | Lockbox - CD | $100.00 | | $100.58 |
| BUX | 3/12/2008 8:30:49 PM | TFN0312 | | | Phone Withdrawal | ($7.00) | | $0.58 |
| BUX | 3/11/2008 5:58:45 PM | 95 | | | Sales | ($8.75) | | $7.58 |
| BUX | 3/10/2008 9:29:43 AM | HIPP0208 | | | Payroll - IPP | $5.25 | | $16.33 |
| BUX | 3/5/2008 3:17:47 PM | | 4444 | | Books | ($77.15) | | $11.08 |
| BUX | 3/4/2008 5:10:24 PM | 96 | | | Sales | ($14.80) | | $88.23 |
| BUX | 2/19/2008 5:50:08 PM | 107 | | | Sales | ($22.96) | | $103.03 |
| BUX | 2/12/2008 5:48:39 PM | 96 | | | Sales | ($44.78) | | $125.99 |
| BUX | 2/10/2008 5:13:33 AM | 70101602 | | | Lockbox - CD | $100.00 | | $170.77 |
| BUX | 2/8/2008 8:22:39 AM | HIPP0108 | | | Payroll - IPP | $5.25 | | $70.77 |
| BUX | 2/5/2008 5:50:22 PM | 111 | | | Sales | ($117.85) | | $65.52 |
| BUX | 1/25/2008 10:21:18 PM | TFN0125 | | | Phone Withdrawal | ($25.00) | | $183.37 |
| BUX | 1/22/2008 5:46:38 PM | 112 | | | Sales | ($27.63) | | $208.37 |
| BUX | 1/22/2008 5:12:57 AM | 70100204 | | | Lockbox - CD | $25.00 | | $236.00 |
| BUX | 1/20/2008 5:13:41 AM | 70100202 | | | Lockbox - CD | $1.66 | | $211.00 |
| BUX | 1/15/2008 6:18:50 PM | 116 | | | Sales | ($55.19) | | $209.34 |
| BUX | 1/11/2008 5:16:28 AM | 70199501 | | | Lockbox - CD | $25.00 | | $264.53 |
| BUX | 1/8/2008 5:36:56 PM | 104 | | | Sales | ($216.12) | | $239.53 |

James BELCHER 13630-067
Name:
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

RECEIVED
SCRANTON
AUG 2008
PER _____
DEPUTY CLERK

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
PO BOX 1148
SCRANTON PA 18501-1148

18501+1148