James Belcher
13630-067
LSCI-WB
P.O. Box 999
Butner N.C. 27509

**FILED**
**SCRANTON**
MAY 2 0 2011

PER _____
**DEPUTY CLERK**

May 14, 2011

Clerk of Court
United States District Court
P.O. Box 1148
Scranton, PA 18501-1148

Hello ,

I recently sent a copy of my Judgment and Commitment order to the IRS office in Ogden, Utah for full settlement and closure.

I am requesting information on my case #1:06-cr-00154-WWC. Please send whatever documentation there is that will verify that my case has been "Settled and Closed" to me at the above address. If there is no change please verify that status as well.

Thank you in advance for your timely response to this request.

Sincerely,

James Belcher

James Belcher 13630067

Name:                    Number:
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27500

U.S. POSTAGE
PAID
BUTNER, NC
27509
MAY 18 '11
AMOUNT
$0.00
00090007-09

UNITED STATES
POSTAL SERVICE

1000        18501

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL™

RECEIVED
SCRANTON
7007 0220 0001 0047 3420

MAY 20 11

CLERK

⇔13630-067⇔
Clerk Of Court
PO BOX 1148
Scranton, PA - 18501
United States