# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| JAMES C. BELCHER | ) | Case No. | 1:06-CR-0154-01 |
| Defendant | ) | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violations of Conditions of Supervised Release

Date: Jun 23, 2014

*Issuing officer's signature*

City and state: Harrisburg, Pennsylvania

Mark J. Armbruster
*Printed name and title*

---

### Return

This warrant was received on *(date)* June 24, 2014, and the person was arrested on *(date)* June 24, 2014
at *(city and state)* Wilkes-Barre, PA

Date: June 24, 2014

*Arresting officer's signature*

Joseph Brozowski, DUSM
*Printed name and title*