## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

CRIMINAL NO. 1:06-CR-154

(CALDWELL, J.)
v.                  (MEHALCHICK, M.J.)

James C. Belcher,

          Defendant

## ORDER

NOW, this **24th** day of **June 2014**, the above named Defendant having waived the Probable Cause hearing pursuant to Federal Rules of Criminal Procedure 32.1, and the Defendant having been represented by counsel, the Court hereby finds that probable cause has been established to hold <u>James C. Belcher</u> for a supervised release revocation hearing.

Further, in accordance with the provisions of Federal Rules of Criminal Procedure 46(c) and 18 U.S.C. § 3143, the court ORDERED that the Defendant be DETAINED in the custody of the United States Marshal to await further proceeding before Judge William W. Caldwell

**Dated: June 24, 2014**

**KAROLINE MEHALCHICK**
**United States Magistrate Judge**