IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

United States of America                      CASE NUMBER: 1:06-CR-0154-01

vs.

James C. Belcher

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place: U.S. District Court                 ***Date and Time: July 1, 2014 @ 10:30 AM**
       Courtroom #1
       228 Walnut Street
       8th Floor, Federal Building
       Harrisburg, PA. 17101

Type of Proceeding: Supervised Release Revocation

Date: June 25, 2014                          /s/ Mark J. Armbruster
                                                   Deputy Clerk

CC:     Judge William W. Caldwell
         Thomas Thornton, Esq.
         Dennis Pfannenschmidt, AUSA
         U.S. Marshal
         Federal Probation
         Court Reporters

**\*Counsel is required to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time.**