AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    1:06-CR-0154-01 |
| JAMES C. BELCHER | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

　　　**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    X  Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Violations of Conditions of Supervised Release

Date:　　Jun 23, 2014

*Issuing officer's signature*

City and state:    Harrisburg, Pennsylvania

Mark J. Armbruster

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* June 24, 2014 , and the person was arrested on *(date)* June 24, 2014 at *(city and state)*   Wilkes-Barre, PA |

Date:　June 29, 2014

*Arresting officer's signature*

Joseph Brzozwski, DUSM – USMS M/PA
*Printed name and title*

FILED

JUN 2 5 2014

PER
HARRISBURG, PA    DEPUTY CLERK